JESUS IS LORD

Notice to the master is notice to the servant. Notice to the servant is notice to the master. [in red ink]

SDNY PRO SE OFFICE

2017 SEP 15   PM 3: 49

S.D. OF N.Y.

'at'
'Federal Court'
'at'
'District Court of the United States
For the Southern District Court of New York'

# 17CV 7073

| | |
|---|---|
| a man: david: house of lawrence the aggrieved party<br>*prosecutor* | ) Trial by Jury Demanded-protected by<br>)  the sixth and seventh amendments,<br>)  article one section nine article four<br>) section four ninth and tenth<br>)     amendment.<br>)<br>)   Action No. **17cv**<br>)<br>Colleen McMahon ;  John Doe (s)  )<br>*Wrongdoer(s)*                    )     DECREED |

---

This is not a Petition or Motion; Writ of Mandamus issued by: david: house of lawrence, for a writ by definition is a command.  **Lansing v. Smith, 4 Wend. 9 (1829)[1]**, is a case decided by the Court of Appeals of New York. ***People of a State are entitled to all rights which formerly belong to the King, by his prerogative***. Your law [cf. **Perry v. United States, 294 U.S. 330 (1935)** The sovereignty of the United States resides in the people, and Congress cannot invoke the sovereignty of the people to override their will as declared in the Constitution.

---

i; david: a man: reserve all rights given to me by the living God; and; secured by the united States Constitution. To be clear; all actions in My claim are under the common law jurisdiction and in a Constitutional court; a court of record; not a legislative. This writ of Mandamus is to discharge Colleen McMahon's '*void order'* found in My claim numbered '*17cv 6437'* which was issued to interfere with My right to due process by way of My right to a writ of habeas corpus; My right to a Constitutional court; and; My right to a republican form of government in the Constitution Article four section four; thereby restraining i; david: a man; of My liberty given to me by the living God secured by My Lord and Savior Jesus Christ; and; written into the united States Constitution which commands the man and woman bound thereby;  There is no Constitutional jurisdiction on the record for Colleen McMahon; and therefore; i: a man; demand to know; upon her oath of office to the united States Constitution; and for the record; the Constitutional authority that gives her the right to interfere with My claim and issue '*void orders*'.

   ALL RIGHTS RESERVED

JESUS
IS LORD *Notice to the master is notice to the servant. Notice to the servant is notice to the master. [in red ink]*

This writ of Mandamus is in reference to Colleen's **suspension** of My writ of habeas corpus and my constitutional court a court of record. in complete disregard for the Constitution of and for the united States; the law of the land  Article one section nine which commands '*the writ of habeas cops shall not be suspended*'.

And further; there is no Constitutional jurisdiction on the record  that allows you Colleen McMahon; upon your oath to the united States Constitution; to make intentional *void orders* which interferes with My God given rights. You Colleen McMahon upon your oath to the united States Constitution were given a *writ of PROHIBITION* to prove that you Colleen McMahon; upon your oath to the united States Constitution; have Constitutional jurisdiction to issue void orders to interfere with the rights of i; david: a man. Your law says that proof must appear on the record; and; you issued a *void orders*  [cf. **Hagans v. Lavine, 415 U. S. 533** *The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings."]*

Your law, Colleen McMahon, has provided for you instuctions as to My right to a Constitutional court; '*a court of record*' **[cf. SCOTT v. NEELY,**  ***The constitution, in its seventh amendment, declares that 'in suits at common law where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved.' In the federal courts this right cannot be dispensed with, except by the assent of the [140 U.S. 106, 110] parties entitled to it; nor can it be impaired by any blending with a claim, properly cognizable at law, of a demand for equitable relief in aid of the legal action, or during its pendency. Such aid in the federal courts must be sought in separate proceedings, to the end that the right to a trial by a jury in the legal action may be preserved intact. ]***

And further, Colleen McMahon upon your bound oath to the united States Constitution; your law instructs you that i: david: a man: have the right to a writ of habeas corpus in a Constitutional court; And you are instructed that you cannot suspend My writ of habeas corpus and deny Me due process thereby [cf. **Ex Parte Yerger, 75 U.S. 8 Wall. 85 85 (1868)**  *The judicial power of the United States shall be vested in one Supreme Court and in such inferior courts as the Congress may from time to time ordain and establish. The judicial power shall extend to all cases in law or equity arising under this Constitution, the laws of the United States,* **The privilege of the writ of habeas corpus shall not be suspended** *unless when in cases of rebellion or invasion the public safety may require it."which we regard as established upon principle and authority, that the appellate jurisdiction by habeas corpus extends to all cases of commitment by the judicial authority of the United States not within any exception made by Congress.*]

***Take Note:*** For the record and upon your Oath of Office; this writ is under reserve. This writ is under the blood covenant of the Lord Jesus, the Christ and savior of my soul. As a bondservant of Jesus Christ, i; a man; have no need to be a part of your corporation i: am not a statue entity. i: david; a man; reserve all my God given rights. i: david: a man: would

   ALL RIGHTS RESERVED

JESUS IS LORD *Notice to the master is notice to the servant. Notice to the servant is notice to the master. [in red ink]*

like to make it clear that i: a man; am not 'pro se'; a person or a Corporation: i: am a man; i: go by My God given name, david: and; as a bondservant of Jesus Christ; i: a man: demand that you address Me by My given name; david: Jesus called one name and only one man answered to that name for his name is his gift from God. **Isaiah 43:1** - ***But now thus saith the LORD that created thee, … Fear not: for I have redeemed thee, I have called [thee] by thy name; thou [art] mine***. Further, notice that Lazarus was dead and came forth at Jesus' call no longer bound by sin he answered the Lord's call. Jesus ordered that he be **loosed and let go** and as a bondservant of the Lord Jesus Christ son of the Living God, i; am not to be addressed by a '*nom de guerre*' or any derivative thereof. i; too am loosed and let go from any and all laws that are not those of the Living God or in conflict thereof. **KJV Bible 1611 –** *John 11:43* "*And when he thus had spoken, he cried with a loud voice, Lazarus, come forth. 44. And he that was dead came forth, bound hand and foot with grave clothes: and his face was bound about with a napkin. Jesus saith unto them, Loose him, and let him go.* **John 10:3** King James Version Bible - *To him the porter openeth; and the sheep hear his voice: and **he calleth his own sheep by name, and leadeth them out.***

***TAKE NOTE: i; david; a man; do declare that i: a man: follow the laws of man when they are not in conflict with the laws of the Almighty Creator. Leviticus 18:3-4 King James Version 3. After the doings of the land of Egypt, wherein ye dwelt, shall ye not do: and after the doings of the land of Canaan, whither I bring you, shall ye not do: neither shall ye walk in their ordinances.***
***4. Ye shall do my judgments, and keep mine ordinances, to walk therein: I am the Lord your God.***

My court is a Constitutional court; a court of record; where i; david: a man: have chosen to present My claim to a jury of My peers which is My right for My Writ of habeas corpus demand. [cf. **"PEERS"** *of ....., like the rights of the JURY have also been severely tarnished. Originally, it meant people of "equals in station and rank."* (**Black's Law Dictionary, 1910**), *"freeholders of a neighborhood,"* (**Bouvier's Law Dictionary, 1886**), *or a "A companion; a fellow; an associate."* (**Webster's 1828 Dictionary of the English Language**).] i; david: a man: do not choose and do not agree with or want a legislative court. In your void order you state that i; david: a man: as an appearing '*pro se petitioner*'; and; unless you Colleen McMahon; upon your bound oath to the united State Constitution; and; for the record; you can prove your Constitutional authority to create a '*pro se petitioner*' of i; david; a man; it is an intentional lie; and; your law labels your silence as intentional fraud. [cf. **U.S. v. Prudden, 424 F.2d. 1021; U.S. v. Tweel, 550 F. 2d. 297, 299, 300 (1977);** *Silence can only be equated with fraud when there is a legal and moral duty to speak or when an inquiry left unanswered would be intentionally misleading. We cannot condone this shocking conduct... If that is the case we hope our message is clear. This sort of deception will not be tolerated and if this is routine it should be corrected immediately]* i; david: a man: a people on the land of New York; and one of the people of the united States created by the living God. i: david: a man challenge you Colleen McMahon upon your oath

 ALL RIGHTS RESERVED

JESUS IS LORD

*Notice to the master is notice to the servant. Notice to the servant is notice to the master. [in red ink]*

to the united States Constitution the Constitutional authority to suspend my habeas corpus and a Constitutional court. You also attempted to change the facts of my claim in your *void order,* this is about the woman, Susan T. Kluewer; the man, Michael J. Sposato; and; the man, William D. Shanahan and their duty to prove Constitutional jurisdiction on the record; and; not about entities. District Court of the state of New York county of Nassau or any derivative thereof is an entity; and; has nothing to do with i; david: a man:

The writ of habeas corpus is about the man or woman that is restraining i: a man; of My liberty without proof of the Constitutional jurisdiction on the record commit said act.

Colleen McMahon upon her oath to the united States Constitution is fully aware that her law says once Constitutional jurisdiction is challenged the court cannot go on until Constitutional jurisdiction is proven. [cf. **Main v. Thiboutot, 100 S. Ct. 2502 (1980)** *The law provides that once State and Federal Jurisdiction has been challenged, it must be proven*] Colleen McMahon upon your oath to the united States Constitution must prove that the woman, Susan T. Kluewer; the man, Michael J. Sposato; and; the man, William D. Shanahan have proven Constitutional jurisdiction on the record, if not they are trespasser of law, the united States Constitution as per your law [cf. **Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974).** *Note: By law, a judge is a state officer. The judge then acts not as a judge, but as a private individual (in his person). When a judge acts as a trespasser of the law, when a judge does not follow the law, the Judge loses subject-matter jurisdiction and the judges' orders are not voidable, but VOID, and of no legal force or effect. The U.S. Supreme Court stated that" when a state officer acts under a state law in a manner violative of the Federal Constitution, he comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States."*]

Colleen McMahon, upon your oath to the united States Constitution say and must have proof that i; david: a man am being '*prosecuted'. And are thereby Mandated to answer these questions:*
1. Where is the proof on the record that I: david: a man: am being prosecuted?.
2. Where is your Proof ;by way of documentation on the record of the woman or man who claims to the prosecutor of i: david; a man; and; their documented Constitutional jurisdiction on the record?
3. Where is your proof , Colleen McMahon, upon your bound oath of office to the united States Constitution; of Constitutional jurisdiction on the record that you are able to place 'invented facts' upon the the record. What "state" are you referring to when you write about "the People of New York "the state" when i: david; man am one of the people on the land of New York.

   ALL RIGHTS RESERVED

**JESUS IS LORD** *Notice to the master is notice to the servant. Notice to the servant is notice to the master. [in red ink]*

The law commands that you Colleen McMahon are bound upon your oath of office to the united States Constitution; and; for the record; you **must have** proof with your answer to all of these questions with your Constitutional jurisdiction on the record before you say i; david: a man: am '*being prosecuted*' as if you have documented fact: otherwise you agree that you have intentionally invented and added lies to the record with the intent to commit fraud.

Tony Zee, the man and Susan T. Kluewer, the woman have been asked to prove by law; their Constitutional jurisdiction to restrain the liberty of i: david; a man; by false imprisonment among other restraints; to interfere with the rights of i; david; a man; to unlawfully call the theft of My money "*bail*".

Colleen McMahon upon your bound oath of office to the united States Constitution; and for the record; you must provide proof that the *Constitutional jurisdiction* you conferred upon Susan T. Kluewer the woman; Tony Zee, the man; Michael J. Sposato the man; and; William D. Shanahan , the man; who inflicted their false imprisonment upon i; david: a man was done by way of '*the united States Constitution, the law of the land*'.

**TAKE NOTICE:**  Susan T. Kluewer the woman; Tony Zee, the man; Michael J. Sposato the man; and; William D. Shanahan , the man; are all  agreed that there is no Constitutional jurisdiction on the record; and; that they operated upon their will; duress; and threat of personal violence as men and women against i: david; a man.

And further, false imprisonment is necessarily a wrongful interference with the personal liberty of a man or woman. The wrong may be committed by words alone or by acts alone, or by both, and *by merely operating on the will of the man or woman* , or by personal violence, or by both. **It is not necessary that the man and woman be confined within a prison or within walls, or that he be assaulted or even touched. It is not necessary that there should be any injury done to the man or woman's person or to his character or reputation; nor is it necessary that the wrongful act be committed with malice or ill will, or even with the slightest wrongful intention; nor is it necessary that the act be under color of any legal or judicial proceeding. All that is necessary is that the man or woman be restrained of his liberty without any sufficient legal cause therefor, and by words or acts which he fears to disregard.**

Colleen McMahon upon your oath to the united States Constitution by the law of the land which is your law; cannot change My claim unless you prove Constitutional jurisdiction to do so. *And further,* your law says a man or woman that sits in a government seat created by the Constitution enjoys all powers obtained from this specified source clearly, distinctly or implicated *from* the jurisdiction of the Constitution . And further, your law states that there is definite limitations on said Constitutional power which restricts and confines EVERY ACTION of the man or woman who has by oath; bound themselves to the limits of said

ALL RIGHTS RESERVED

JESUS IS LORD

*Notice to the master is notice to the servant. Notice to the servant is notice to the master. [in red ink]*

Constitution. [cf. **Downes v. Bidwell, 182 U.S. 244 (1901)** *The government of the United States was born of the Constitution, and all powers which it enjoys or may exercise must be either derived expressly or by implication from that instrument. Ever then, when an act of any department is challenged because not warranted by the Constitution, the existence of the authority is to be ascertained by determining whether the power has been conferred by the Constitution, either in express terms or by lawful implication, to be drawn from the express authority conferred or deduced as an attribute which legitimately inheres in the nature of the powers given, and which flows from the character of the government established by the Constitution. In other words, whilst confined to its constitutional orbit, the government of the United States is supreme within its lawful sphere.*
*Every function of the government being thus derived from the Constitution, it follows that that instrument is everywhere and at all times potential insofar as its provisions are applicable.  Hence it is that **wherever a power is given by the Constitution and there is a limitation imposed on the authority, such restriction operates upon and confines every action on the subject within its constitutional limits**.]*

Therefore, Colleen McMahon upon your bound oath to the united States Constitution; and; for the record; you the woman must prove, as it applies, that the man, Tony Zee; the woman, Susan T. Kluewer; the man, William D. Shanahan; and; the man Michael J. Sposato have Constitutional jurisdiction to give a void orders; to steel my money; and; restrain Me of the liberty given to i; david: a man: by the living God: and; must by law, have the Constitutional jurisdiction on the record that authorizes your limited power to do an act in My court of record.

If you Colleen McMahon cannot perform your duty upon your bound oath of office to the united States Constitution; and; prove by the Constitutional your authority to deem  i; david: a man: to have been  given '*bail*', you are then in agreement and do confess that you have lied with intent to deceive all who read your lies; and; that your void orders are automatically discharged as per your law: In addition your law states that no court can proceed without jurisdiction and the action should be **discharged** [cf. **Melo v. US, 505 F2d 1026** Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but, rather, should dismiss the action]

Additionally your law says that any and all claimed jurisdiction must be on the record and more specifically the Constitutional jurisdiction.  Lack of proof is fraud and "common law sense of deceit: it is '***deliberate concealment of information'; a lie;*** by the obligated fiduciary, toward the people of the land [cf. **Donnelly v. Dechristoforo, 1974.SCT.41709 ¶ 56; 416 U.S. 637 (1974) McNally v. U.S., 483 U.S. 350, 371-372, Quoting U.S. v Holzer, 816 F.2d, 304, 307** *Fraud in its elementary common law sense of deceit...includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public, ... and if he deliberately conceals material*

ALL RIGHTS RESERVED

JESUS IS LORD

*Notice to the master is notice to the servant. Notice to the servant is notice to the master. [in red ink]*

*information from them he is guilty of fraud. "The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings."*]

Therefore Colleen McMahon upon your bound oath to the united States Constitution and by law you must prove that you can arbitrarily take my rights for you have been told and it is on each page that i: david; a man; explicitly Reserving ALL Natural God-Given Unalienable. Birthrights, Waiving None, Ever.

You Colleen McMahon upon your oath to the united State Constitution giving documented evidence that you cannot make orders in a Constitutional court since you were not given My case; as an assigned magistrate whose duty is merely ministerial.   **_Court of Record_** *1.  generally has a seal. 2.  power to fine or imprison for contempt 3.  keeps a record of the proceedings 4.  proceeding according to the common law (not statutes or codes).  5.  the tribunal is independent of the magistrate (judge)*

**Take Note: <u>that a judge is a magistrate and is not the tribunal</u>. The tribunal is either the sovereign himself, or a fully empowered jury (not paid by the government).**  .

There is no Constitutional jurisdiction on the record; and; your laws read that once Constitutional jurisdiction is challenged it *Must* to be proven immediately. [cf. **Basso v. Utah Power & Light Co. 395 F 2d 906, 910** *Once challenged, jurisdiction cannot be assumed, it must be proved to exist*]  Colleen McMahon upon your oath of office to the united States constitution; and for the record cannot grant jurisdiction where none existed; not to yourself and not to another  man or woman as is written in your law [cf. **OLD WAYNE MUT. L. ASSOC. v. McDONOUGH, 204 U. S. 8, 27 S. Ct. 236 (1907).**   "*A court cannot confer jurisdiction where none existed and cannot make a void proceeding valid. It is clear and well established law that a void order can be challenged in any court*"]

Your law explains that there is difference between the choice of a constitution court; and; a legislative court of which you are aware [cf. **Ex parte Bakelite Corp., 279 U.S. 438 (1929)** *While Article III of the Constitution declares, in section 1, that the judicial power of the United States shall be vested in one Supreme Court and in "such inferior courts as the Congress may from time to time ordain and establish," and prescribes, in section 2, that this power shall extend to cases and controversies of certain enumerated classes, it long has been settled that Article III does not express the full authority of Congress to create courts, and that other articles invest Congress with powers in the exertion of which it may create inferior courts and clothe them with functions deemed essential or helpful in carrying those powers into execution. But there is a difference between the two classes of courts. Those established under the specific power given in section 2 of Article III are called constitutional courts. They share in the exercise of the judicial power defined in that section, can be invested with no other jurisdiction, and have judges who hold office during good behavior, with no power in Congress to provide otherwise. On the other hand, those*

          ALL RIGHTS RESERVED

*Notice to the master is notice to the servant. Notice to the servant is notice to the master. [in red ink]*

*created by Congress in the exertion of other powers are called legislative courts. Their functions always are directed to the execution of one or more of such powers, and are prescribed by Congress independently of section 2 of Article III; and their judges hold for such term as Congress prescribes, whether it be a fixed period of years or during good behavior. These Courts, then, are not constitutional Courts, in which the judicial power conferred by the Constitution on the general government can be deposited. They are incapable of receiving it. They are legislative courts, created in virtue of the general right of sovereignty which exists in the government, or in virtue of that clause which enables Congress to make all needful rules and regulations, respecting the territory belonging to the United States. The jurisdiction with which they are invested is not a part of that judicial power which is defined in the 3d article of the Constitution, but is conferred by Congress, in the execution of those general powers which that body possesses over the territories of the United States."*]

Therefore Colleen McMahon upon your bound oath of office to the united States Constitution; and; for the record; without proving Constitutional jurisdiction to interfere with my Constitutional court, a court that has separation of powers; Colleen McMahon, upon your bound oath to the united States Constitution; and; for the record; has no proof of Constitutional jurisdiction to issue the void orders of **thirty first day of August  in the year of our Lord Two thousand and seventeen.**

***Are you denying Me of My rights*** Colleen McMahon?  Upon your oath of office to the united States Constitution; and; for the record it is clear that your law forbids you to '*abrogate*' My rights. [cf. **Miranda v. Arizona, 384 U.S. 436:** *"Where rights secured by the Constitution are involved, there can be no rule making or legislation, which would abrogate them."* Therefore your void order becomes unConstitutional and your law Colleen McMahon upon your oath to the united state Constitution says unConstitutional acted confers no rights; it imposes no duties; affords no protection; it creates no office]*

As per the laws herein you Colleen McMahon are seen as having committed unconstitutional acts which affords you **NO OFFICE** *[cf.* **Norton v. Shelby County, 118 U.S. 425:** *"An unConstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed."*]

As per your law no one is bound to obey unConstitutional law and no courts are expected to enforce it [cf. **16th American Jurisprudence 2d, Section 177, late 2nd, Section 256]** *No one is bound to obey an unconstitutional law and no courts are bound to enforce it."* Therefore, by law your law Colleen McMahon upon your oath of office to the united States Constitution your void order is ***discharged*** for **No proof of** Constitutional jurisdiction.

    ALL RIGHTS RESERVED



*Notice to the master is notice to the servant. Notice to the servant is notice to the master. [in red ink]*

Colleen McMahon upon your bound oath of office to the united States Constitution your void orders of **thirty first day of August in the year of our Lord Two thousand and seventeen that interfere with the God given rights of i; david a man; secured by the blood of My Lord Jesus Christ; and; protected from interference in the united States Constitution; is officially discharged by law; for Any man or woman that acts as (magistrate)judge who does not comply with this writ of Mandamus without providing Constitutional authority on the record that supports your non compliance with this your law  is engaged in acts of treason for you law says you are willfully warring against the united States Constitution; as you violate you undertaking to support it.** *[cf. Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958)*

*Note: Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the supreme law of the land. The judge is engaged in acts of treason.*

*The U.S. Supreme Court has stated that "no state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it". See also In Re Sawyer, 124 U.S. 200 (188); U.S. v. Will, 449 U.S. 200, 216, 101 S. Ct. 471, 66 L. Ed. 2d 392, 406 (1980); Cohens v. Virginia]*

*[cf. South Carolina v. United States, 199 U.S. 437 (1905)The Constitution is a written instrument. As such, its meaning does not alter. That which it meant when adopted, it means now. Being a grant of powers to a government, its language is general, and, as changes come in social and political life, it embraces in its grasp all new conditions which are within the scope of the powers in terms conferred. In other words, while the powers granted do not change, they apply from generation to generation to all things to which they are in their nature applicable. This in no manner abridges the fact of its changeless nature and meaning. Those things which are within its grants of power, as those grants were understood when made, are still within them, and those things not within them remain still excluded. As said by Mr. Chief Justice Taney in Dred Scott v. Sandford, 19 How. 393, 60 U. S. 426:  "It is not only the same in words, but the same in meaning, and delegates the same powers to the government, and reserves and secures the same rights and privileges tothe citizen, and, as long as it continues to exist in its present form, it speaks not only in the same words, but with the same meaning and intent with which it spoke when it came from the hands of its framers, and was voted on and adopted by the people of the United States. Any other rule of construction would abrogate the judicial character of this Court and make it the mere reflex of the popular opinion or passion of the day."*

*It must also be remembered that the framers of the Constitution were not mere visionaries, toying with speculations or theories, but practical men, dealing with the facts of political life as they understood them, putting into form the government they were creating and prescribing, in language clear and intelligible, the powers that government was to take. Mr. Chief Justice Marshall, in Gibbons v. Ogden, 9 Wheat. 1, 22 U. S. 188, well declared:  "As men whose intentions require no concealment generally employ the*

 ALL RIGHTS RESERVED

JESUS IS LORD *Notice to the master is notice to the servant. Notice to the servant is notice to the master. [in red ink]*

*words which most directly and aptly express the ideas they intend to convey, the enlightened patriots who framed our Constitution, and the people who adopted it, must be understood to have employed words in their natural sense, and to have intended what they have said."*
*One other fact must be borne in mind, and that is that, in interpreting the Constitution, we must have recourse to the common law. As said by Mr. Justice Matthews in Smith v. Alabama, 124 U. S. 465, 124 U. S. 478:  "The interpretation of the Constitution of the United States is necessarily influenced by the fact that its provisions are framed in the language of the English common law, and are to be read in the light of its history."*
*And by MR. JUSTICE GRAY in United States v. Wong Kim Ark, 169 U. S. 649, 169 U. S. 654: "In this, as in other respects, it must be interpreted in the light of the common law, the principles and history of which were familiarly known to the framers of the Constitution. Minor v. Happersett, 21 Wall. 162; Ex Parte Wilson, 114 U. S. 417, 114 U. S. 422; Boyd v. United States, 116 U. S. 616, 116 U. S. 624-625; Smith v. Alabama, 124 U. S. 465. The language of the Constitution, as has been well said, could not be understood without reference to the common law. 1 Kent, Com. 336; Bradley, J., in Moore v. United States, 91 U. S. 270, 91 U. S. 274." To determine the extent of the grants of power, we must therefore place ourselves in the position of the men who framed and adopted the Constitution, and inquire what they must have understood to be the meaning and scope of those grants.]*

When the Constitution authorizes one rule, and the statute another, in a different rule, <u>it is the duty of the court  to declare that the constitution and not the statute governs in cases before them for judgment.</u>

Your law says that "You must to rule in favor of the constitution". i: a man; demand that you Colleen McMahon perform your duty under your sworn oath of office, and uphold the United States Constitution as you have sworn you would under Article thirteen, section one in this New York state,; which says  **"That you shall swear to protect and defend the constitution from all enemies foreign and domestic, and you will perform your duties to the best of his abilities so help you God."** And covered in the united States Constitution Article six, section three.

You Colleen McMahon, the woman, are deemed to know the law and have sworn to uphold it. You can hardly claim that you acted in good faith for willful deprivation of the law and you certainly can't claim ignorance of the law; as a knowledgeable office or the court you are hired and paid by We the People to know the law.

[cf. <u>**United States v. Sciuto, 521 F.2d 842, 845 (7th Cir. 1996)**</u> *Judges do not have discretion not to disqualify themselves. By law, they are bound to follow the law. Should a judge not disqualify himself as required by law, then the judge has given another example of his "appearance of partiality" which, possibly, further disqualifies the judge. Should*

   ALL RIGHTS RESERVED

**JESUS IS LORD** *Notice to the master is notice to the servant. Notice to the servant is notice to the master. [in red ink]*

*another judge not accept the disqualification of the judge, then the second judge has evidenced an "appearance of partiality" and has possibly disqualified himself/herself. None of the orders issued by any judge who has been disqualified by law would appear to be valid. It would appear that they are void as a matter of law, and are of no legal force or effect.]*

*Should a judge not disqualify himself, then the judge is violation of the Due Process Clause of the U.S. Constitution* ("The right to a tribunal free from bias or prejudice is based, not on section 144, but on the Due Process Clause.")]

***And further,*** This Writ of Mandamus will stand as Proof that you are warring against the Constitution; and; engage in acts that are in violation of the supreme law of the land. Should you not obey the laws herein. Remember your law says the united States constitution must grant you that authority otherwise you were never granted that authority by the people of the united States.

Therefore, it is decreed that this writ of Mandamus is a command by law secured by the united States Constitution that all void order of Colleen McMahon that interfere with the rights of i: david; a man: are hereby discharged from My Claim know as *"Action No. 17cv6437"*.

***The use of any statutes, codes, rules, regulations, or court citations, within any document created by Me, at any time, is only to notice that which is applicable to government officials, and is not intended, nor shall it be construed, to mean that i: a man have conferred, submitted to, or entered into any jurisdiction alluded to thereby.***

By: i: david
david: (house of lawrence)
Sealed in the name of and the Blood of our Lord Jesus Christ; Amen

Dated this *fifteenth* day of *September*   in the year of our Lord Two Thousand and Seventeen

God is My Witness
*Romans 1:9 King James Version "For God is my witness, whom I serve with my spirit in the gospel of his Son, that without ceasing I make mention of you always in my prayers;" Job 16; 19 King James Version Also now, behold, my witness is in heaven, and my record is on high. [in red ink]*

   ALL RIGHTS RESERVED